IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

MR. WALTER + NANCY HARRINGTON )
3 MAPLEWOOD DRIVE )
MONTGOMERY ALABAMA 36110 )
    Plaintiff(s), )
     )
     )
v. ) CIVIL ACTION NO.
MR. JAMES STARNES (ATTORNEY) ) 2:07cv822-MHT
P.O. BOX 590003 )
BIRMINGHAM ALABAMA 35259 )
    Defendant(s).

RECEIVED 2007 SEP 13 A 9:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## COMPLAINT

1. Plaintiff(s)' address and telephone number: MR. JAMES STARNES P.O. BOX 590003 MONTGOMERY ALABAMA 35259 (DO NOT KNOW NUMER)

2. Name and address of defendant(s): MR. JAMES STARNES P.O. BOX 590003 MONTGOMERY ALABAMA 35259

3. Place of alleged violation of civil rights: IN THE HOSPITAL AND IN LAW OFFICES OF DIAMOND, FROST, HASSER + LUCKIE DOLPHINE STREET MOBILE ALABAMA

4. Date of alleged violation of civil rights: ?

5. State the facts on which you base your allegation that your constitutional rights have been violated: MY WIFE + I CALLED MR. JIM FROST AND TOLD HIM WHAT THEY SAID, AND HE TOLD US TO COME IN AND TELL HIM AGAIN, AND HE TOLD US TO TAKE PICTURES OF MY ARM AND LEG THEN COME IN AND SIGN THEN SIGN THE PAPERS. A WEEK LATER HE TOLD US ON THE PHONE HE ASKED THIS OTHER LAWYER TO HELP AT (NO COST TO ME) A WEEK LATER, HE TOLD US IT WAS WORKIN OK WELL, A FEW MONTH LATER MR. STARNES CALLED CALLED ME AND NO CASE. TWO DAYS LATER MR. FROST CALLED ME AND TOLD US WE HAD NO CASE AND THE RECORDS WERE ALL CHANGED AND THE STATUED OF LIMITATION HAD ALMOST EXPIRED.

1

6.  Relief requested: $75,000,000 FROM EACH OF THEM PLUS LEAGLE FEE'S + TIME IN SUFFERING, I STILL HAVE PAIN IN CHEST + ARM FROM BURNING ME WITH NEEDLES WHERE THEY CAN NOT FIND A GOOD VEIN ANY MORE (CONTINUED ON OTHE PAGE) BECAUSE MR. STARNES WAS A FRIEND OF THERES THEY MOST LIKELY CONSPIRED AGAINST ME, BY CONSPIRING TO CHANGE THE RECORDS BECAUSE MR. HASSER IS HEAD OF THE HOSPITAL BOARD + THEY ONLY CHANGED THE SHEETS WHEN I GOT SICK FROM OVERDOSE ON THEM + THEY COMPLAINED.

Date: AUGUST 29, 2007

Walter G. Harrington
Nancy L. Harrington
Plaintiff(s) Signature

4. (PLEASE SEE ENCLOSED)

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) THEY DID ME WRONG AND ARE NOT ABOVE THE LAW.

5.

(Give a brief, concise statement of the specific facts involved in your case.)

6.

(State the relief you are requesting.)

$75,000,000 PRO. SE.
PLUS LEAGLE FEE
TIME + SUFFERING
DEFRAUDING ME
RUIND MY LIFE
AND MY FUTER PLANS
GOING FISHING WITH SON + FRIENDS
GOING HUNTING WITH SON + FRIENDS
GOING BOWLING + FLYING WITH FAMILY
+ MAKING LOVE WITH WIFE,
+ GOING ON VACATION ANY MORE
BECAUSE I HAVE TO HAVE MY BLOOD TESTED MONTHLY
CAN NOT MAKE LOVE TO WIFE ANYMORE

Walter J. Harrington
(Signature and date) pro se

3 Maplewood Drive Montgomery
(Address) Alabama 36110

334-261-4146
(Phone Number) (UNLISTED + PRIVATE)

***SAMPLE FORMAT***

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

WALTER + NANCY HARRINGTON
3 MAPLEWOOD
DRIVE MONTGOMERY AL 36110
Plaintiff

v.

Civil Action No.: 2:07CV822-MHT

DIAMOND, HASSER, FROST, + LUCKIE
Defendant(s)
ATTORNEY'S AT LAW
135 DAUPHIN STREET MOBILE ALABAMA 36640

COMPLAINT
(Double space text of complaint)

1.

(Grounds for jurisdiction)
DID NOTHING ON CASE EXCEPT
SIT ON IT UNTIL TIME RAN OUT +
2.
CHANGED RECORDS TO MAKE ME LOOK BAD

(Show plaintiff's name(s) and residence or address)
WALTER J. + NANCY L. HARRINGTON
3 MAPLE WOOD DRIVE
3. MONTGOMERY
ALABAMA 36110
(Show defendant(s) name(s) and address(es))
DIAMOND, HASSER, FROST, + LUCKIE
ATTORNEY'S AT LAW
1325 DAUPHIN STREET
MOBILE ALABAMA 36640

4.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) SEE ENCLSED PLEASE!

5. THEY DID ME WRONG AND ARE NOT ABOVE THE LAW.

(Give a brief, concise statement of the specific facts involved in your case.)

6.

(State the relief you are requesting.)

75,000,000 PRO. SE
PLUS LEAGLE FEE
TIME + SUFFERING
AND DEFRAUDING
ME + RUINED MY
LIFE AND MY FUTER
PLANS PLUS GO FISHING
+ HUNTING + BOWLING
FLYING + MAKING LOVE

_Walter J. Harrington_
(Signature and date) pro/se

3, Maplewood Drive
Montgomery, al. 36110
(Address)

334-261-4146 UNLISTED & PRIVATE
(Phone Number)

To JUDGE:

PAGE ONE                                            AUG, 27, 2007

To WHOM IT MA CONSERN!

ON MARCH OR APRIL I DO NOT REMEMBER! ON OUR WAY TO VA, IN BILOXI MISSISSIPPI IT STARTE RAINING REAL HARD SO WE PULLED INTO THE SUPER 8 FOR THE NIGHT AND A HOUR LATER, I STARTED FEELING DIZZY, SO I CALLED AN AMBULANCE, AND A WRECKER + ASKED HIM TO TAKE HER HOME. THEN WE TOLD THE AMBULANCE TO TAKE ME TO THE VETRANS HOSPITAL AND HE SAID I CAN'T I DON'T GO THAT FAR. PLUS I HAD NO APPATITE. SO THY TOOK ME TO SPINGHILL AFTER I WAS THERE A HALF HOURE MY LEFT FOOT STARTING HURTING LIKE MY SHOE WAS TO TIGHT, SO THEY TOOK MY SHOE OFF, THEY NOTICED A BLOOD BLISTER ON MY LEFT FOOT, AND ASKED HOW LONG HAS IT HURT ME? I SAID I DO NOT KNOW? AND AFTER X RAYS, THEY SAID THAT THEY WAS ADMITTING ME, AND THE NEXT THING I KNEW I WAS OPERATED ON AND I WAS IN THE EMERGINCY ROOM ON IVS A COUPLE OF DAYS LATER THEY MOVE ME DOWN THE THIRD FLOOR, STILL NO WORK ON MY FOOT. THAT IS WHERE MY WIFE STAYED A FEW DAYS WITH ME. AND WE PAID FOR IT. FIVE DAYS LATER THEY MOVED ME DOWNSTAIRS TO THE 1ST. FLOOR WHERE THEY BANDAGED MY FOOT AND A FEW DAYS LATER THEY STARTED HYPOVERICK TREATMENTS BUT IT WAS ALREADY TO LATE, THE BLOOD BLISTER WENT INTO MY FOOT + STARTED IT TO ROT. WHEN THEY OPERATED ON ME THE REPLACE TWO VALVES AND DID A BY PASS ALSO AND TWO DAY AFER THAT

Walter & Nancy Harrington

RECEIVED
2007 SEP -5  A 9:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

PAGE II
TO JUDGE

AUG. 27, 2007

TWO DAYS AFTER THAT HE TOOK ME DOWN AND PUT A CRUSHANK IN TO MAKE IT EASY TO DRAW BLOOD AFTER A FEW TIMES OF THAT THEY SENT ME WORL POOL TREATMENTS AND SHE SAID IF WE COULD TAKE OF 3 TOES AND PEEL IT MAYBE WE CAN SAVE IT. AND THE NEXT DAY A MAN CAME IN WITH A NURSE AND LOOKED QUICKLY AT MY FOOT AND TOLD HER TO TRY ALCOHLE AND SALENE AND THE TOES WILL FALL OFF NOT TRUE. HE THEN SAID I WANT YOU TO SIGN THE PAPERS TO REMOVE YOUR LEFT LEG. I SAID ITS NOT MY LEG ITS MY FOOT SO GO THE DEVIL THEN DOCTOR KELLY CAME IN AND SAID WHY THE HELL DIDN'T YOU SIGN THE PAPERS TO HAVE YOUR LEG REMOVED? THEY OVERDOSED ME AND I GOT SICK, NO ONE CAME UNTILE AN HOUR LATER THAT WAS THE FIRST TIME THEY CHANGED THE BED. THEY GAVE ME SALENE AN MORPHINE AND TWO BOTTLES ELSE EVEY HOUR OR TWO. I DONOT KNOW WHAT ELSE SO DR. KELLY SAID IF YOU DON'T LIKE HERE GO TO THE VA OR HOME + DYE I DON'T GIVE A DAM.

IF YOU DON'T SIGN YOURSELF OUT WE WILL HAVE THE POLICE STOP YOU AND TYE YOU IN AND YOU WOUNT KNOW UNTIL ITS DONE THEN ITS YOUR WORD AGAINST OURS + WE WILL SAY IT WAS IMPORTANT TO REMOVE IT TO SAVE YOUR LIFE AND YOU ARE A TROUBLE MAKER + VIOLENT THEN I ATTEMPTED TO SUE THEM AND THE FORMENTION LAW FIRM SAT ON THE PAPERS LONG ENOUGH TO CHANGE THEM AND MAKE US LOOK STUPID

Walter + Nancy Harrington

## TO JUDGE

aug. 29, 2007

I CANNOT MAKE LOVE, OR GO HUNTING OR FISHING OR LEARN TO FLY A PLANE OR EVEN PLAY BASKETBALL WITH MY SON OR GRANDSON OR FRIENDS OR WALK OUR DOGS OR CUT OUR GRASS OR GO HORSEBACK RIDEING, RACKETBALL, SQUASH OR EVEN POOL AND BILLYARDS.

Walter J + Nancy Harring

Attached
2:07cv 822-MHT

# Color Photos WILL NOT SCAN

# Available for conventional viewing in the Clerk's Office