IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER and NANCY HARRINGTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv822-MHT |
| | ) |
| JAMES STARNES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiffs' motion to proceed *in forma pauperis* (doc. # 2), it is

ORDERED that the motion (doc. # 2) be and is hereby GRANTED.

Done this 21st day of September, 2007.


          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE