**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

1.

Nancy Harrington
3 Maplewood Drive
Mongtomery, AL 36110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Nancy Harrington*   ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
*Nancy Harrington*    9-22-07

ess different from item 1?   ☐ Yes
elivery address below:       ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

Restricted Delivery? (Extra Fee)     ☐ Yes

2:07cv822 (show cause order #4)

2. Article Number
(Transfer from service label)     7007 1490 0000 0026 5025

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540