**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Walter Harrington
3 Maplewood Drive
Montgomery, AL 36110

2:07cv822 (show cause order #4)

2. Article Number
(Transfer from service label)    7007 1490 0000 0026 5032

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Walter Harrington
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
WALTER HARRINGTON    9/22/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes