Walter J. Harrington
3 Maplewood Drive
Montgomery, AL. 36110

September 24, 07

RECEIVED
2007 SEP 27 A 9:39
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07CV822-MHT

To U.S. District Court
Dear Sir,

    I am Walter James Harrington and my wife Nancy Lou Harrington. I have no legal council that wants to take part in this case against the following pleading defendants Mr. James Starnes Attorney, Mr. James Hasser and Associates and Spring Hill Hospital of whom there apart of. They held the case and let my wife and myself to think that they had it all wrapped up and they new if I only had a few weeks another lawyer would not want to take it.

    Sir I have tried several lawyers here, in Georgia and in Florida with no results and we feel that James Starnes, Hasser Associated, one in particular Daimond, Hasser, James Frost and Lucky who are friends with Attorney Starnes for a long time wilfully mislead my wife and I into believing we were winning and they withheld the case until it ran out of time, so we could not optain council and defrauded us out of time and council.

Sincerely
Walter J. Harrington
& Nancy Lou Harrington

To U.S. District Court                    September 23, 2007

Dear Sir.

I am Walter James Harrington and Nancy Lou Harrington respectfully have no Legal Councel wants to take part in this case against the following pleading Defendants Mr. James Starnes attorney, Mr James Hasser and associates and Spring Hill Hospital of whom they are a part of. they held the case and let my wife and my self to think that they had it all wrapped up and they new if it only had a few weeks another lawyer would not want to take it.
and I tried several Lawyers here, in Georgia, + in Florida with no results and we feel that James Starnes, Hasser associates one in particular a Raymond Harris, private invest. who was friends with attorney Starnes for a long time wilfully mislead my wife + I in to believing we were winning and they withheld the case until it ran out of time so we could not obtain councel and defrauded us out of time + Councel.

                                Sincerely
                                Walter James Harrington
                                + Nancy Lou. Harrington

Walter T. Harrington
13 Maplewood Drive
Montgomery, AL 36110

U.S. Supreme District Clerks Office
attn: U.S. District Court Judge Mr. Magistrate Thompson
1 Church Street
Montgomery, Alabama 36101

MONTGOMERY AL 361
25 SEP 2007 PM 1 L

36104+0010