IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WALTER and NANCY HARRINGTON, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv822-MHT |
| | ) |
| JAMES STARNES, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on October 3, 2007 (Doc. # 9), that this case be dismissed for lack of jurisdiction. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that this case is DISMISSED without prejudice for lack of jurisdiction.

An appropriate judgment will be entered.

DONE, this the 23rd day of October, 2007.

                                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE