The United States District Court

Middle District of Alabama

Office of the Clerk

Post Office

Montgomery Alabama 36101-0711

November 19, 2007

3 Maple Wood Drive

Montgomery

Alabama 36110

Dear Mam,

Due to the fact that it has become a limit account and if we respectfully requested a trial and it has been automatically requested it must show justifiable reason for it must be requested by Law. Just because my wife and I had no time to obtain lawyers that would take it against a Hospital and other Law firms, that with held the case until the statue of limitations was almost Expired, at the time we submitted it. We don't have an attorney to take it, and can't get one thanks to them alledgidly Black Balling us. in three States.

P.S. We Don't Understand all the abreviations we know Mr. James Starns his known + befriended all of below

Sincerely

Mr. + Mrs. Walter +

Nancy Harrington

Spring Hill Hospital, Mr. Cole + his Firm + was in cahoots with them. (over)

allegedly changed the Hospital Records of said Hospital, to make Me look like an Idiot and and a Imbasil, and accrue the Claim which should have been enforceable. I Did not Know what to Do at First Except write Washington D.C. about you, and ask what to Do.

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

2007 NOV 21  A  9: 44
November 5, 2007

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Walter Harrington
Nancy Harrington
3 Maplewood Drive
Montgomery, AL 36110

Re:   Walter Harrington, et al. v. James Starnes, et al.
      Civil Action No. 2:07-cv-0822-MHT

Dear Mr. and Mrs. Harrington:

The correspondence received on 11/5/2007 is being returned to you.

This court cannot take any action based on your letter.  If you are
seeking an order from the court, you must submit the request in proper
pleading/motion format.

                              Sincerely,

                              DEBRA P. HACKETT, CLERK

                              By: _____
                                  Deputy Clerk

DPH/dmn

Enclosure

2:07cv822-MHT

pg.1 of 2

U. S. District court
Middle District of alama
atn: The Supreme Court Judge.

2007 NOV 21 A 9:44

EBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Oct. 31, 2007

Mr. & Mrs. Walter & Nancy
Harrington
3, Maple Wood Drive
Maple Wood Drive
Montgomery al. 36110

Dear Sir,
    Dear Sir,
         We are just asking how come you sent
us a second appeal? not to get you mad at us,
but we never got to appear in your court when
we d think, have a good case, of Fraud,
attempted fraud, Malpractise, suspected cohersheen,
tampering with the Records suspected. also gross
negligence and Possibly Black balling us,
in not just one but several States around us,
where they all stated that they would not go
against not just one Lawyer but two Law Firms
we also don't know how to show just cause
why you should not throw it out. plus
they held the time up until the Statue of Limitations
was ready to expire before they called &
said that d had no case & they would not
handle it. Knowing the Statue of limitation
was almost expired. plus we wondered if they

did n't get to you to because they are Lawyers of
Law Firms. mind you we were just wondering.
so I sent the papers you sent sent us, we
sent them to Mr. Keiser, who is the attorney
General of the United States plus a letter explaining
everything. and he has not gotten back yet
to us, he is a real busy man you know.

We thought you would be much fairer,
and imparcial because we are going against
a Hospital and two Lawyers Firms.
No one will handle old us. Please help,
please don't destroy my + my wifes faith
in the United States + justice.

Sincerely
Mrs. + Mr. Walter +
Nancy Harrington