IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WALTER HARRINGTON and      )
NANCY HARRINGTON,          )
                           )
    Plaintiffs,            )
                           )      CIVIL ACTION NO.
    v.                     )        2:07cv822-MHT
                           )
JAMES STARNES, Attorney,   )
et al.,                    )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that the correspondence received from plaintiffs (Doc. No. 12) is treated as a motion for relief from judgment and said motion is denied.

DONE, this the 6th day of December, 2007.

          /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE